NOT FOR PUBLICATION                                                                                              (Doc. No. 12)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| LISA SCHWINGE, :<br>:<br>Plaintiff, :<br>: Civil No. 09-5964 (RBK/JS)<br>v. :<br>: **ORDER**<br>DEPTFORD TOWNSHIP BOARD OF :<br>EDUCATION and JOSEPH COLLINS, :<br>:<br>Defendants. : | |

**THIS MATTER** having come before the Court upon the motion to dismiss Plaintiff Lisa Schwinge's Complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6) by Defendants Deptford Township Board of Education and Joseph Collins, and the Court having considered the parties' submissions;

**IT IS HEREBY ORDERED** that, for the reasons stated in the Court's accompanying Opinion, the Court dismisses Counts I and III of the Amended Complaint without prejudice and dismisses Count II of the Amended Complaint with prejudice.

Dated: 2/17/11                                                                              /s/ Robert B. Kugler
                                                                           ROBERT B. KUGLER
                                                                           United States District Judge